November 16, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

RYAN CONSTRUCTION SERVICES, LLC, AND
BUILDERS BLUEPRINT, LLC, Appellants

NO. 14-16-00181-CV                         V.

ROBERT HALF INTERNATIONAL, INC., Appellee

_____

       This cause, an appeal from the judgment signed January 11, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We order appellants Ryan Construction Services, LLC and Builders Blueprint, LLC, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.